**Karriem B. SHAHEED, Plaintiff–Appellant,**

v.

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, San Quentin; et al., Defendants–Appellees.**

**No. 15-16432**

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

FILED August 04, 2016

Karriem B. Shaheed, Pro Se

Rohit Kodical, AGCA—Office of the Attorney General, Oakland, CA, Jeffrey R. Vincent, Deputy Attorney General, Oakland, CA, for Defendants–Appellees California Correctional Health Care Services, J. De La Cruz, R.N., Elena Tootell, Dr., Andrew W. Deems, N. Podolsky, R.N., J. Lewis

Jeffrey R. Vincent, Deputy Attorney General, Oakland, CA, for Defendant–Appellee Reyes, Dr.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

California state prisoner Karriem B. Shaheed appeals pro se from the district

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Shaheed failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to his ankle injury. *See id.* at 1058, 1060 (deliberate indifference is a high legal standard; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**